**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DONALD G. FORGEY, SB# 85843
  E-Mail: forgey@lbbslaw.com
TINA D. VARJIAN, SB# 199598
  E-Mail: varjian@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant, MARK ARNESON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, MARK ARNESON, OSCAR MUNOZ, DARYL GATES, AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>  Defendants. | CASE NO. CV07-06209 GHK (CTx)<br>Complaint Filed: September 25, 2007<br>Assigned Judge: George H. King, Courtroom 650<br>Trial Date: None set<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

THE PARTIES HERETO, by and through their attorneys of record, stipulate to dismiss the entire action with prejudice.

DATED: August 25, 2008      **MORENO & PEREZ**

By _____
Hermez Moreno
Frank Perez
Attorneys for Plaintiff, **ERIC ROBINSON**

///

///

4822-3334-6306.1

-1-

| | |
|---|---|
| DATED: August 26, 2008 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>By _/s/ Donald G. Forgey_<br>Donald G. Forgey<br>Attorneys for Defendant, **MARK ARNESON** |
| DATED: August ___, 2008 | **OFFICE OF CITY ATTORNEY**<br><br>By _____<br>Geoffrey Plowden, Deputy City Attorney<br>Attorneys for Defendants, **CITY OF LOS ANGELES, OSCAR MUNOZ AND DARRYL GATES** |

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August ___, 2008 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | | |
| 4 | | |
| 5 | | By_____ |
| 6 | | Donald G. Forgey<br>Attorneys for Defendant, **MARK ARNESON** |
| 7 | DATED: August 20, 2008 | **OFFICE OF CITY ATTORNEY** |
| 8 | | |
| 9 | | |
| 10 | | By_____<br>Geoffrey Plowden, Deputy City Attorney |
| 11 | | Attorneys for Defendants, **CITY OF LOS ANGELES, OSCAR MUNOZ AND DARRYL GATES** |

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4822-3334-6306.1

-2-

**PROOF OF SERVICE**
*Robinson v. City of Los Angeles*
**File No. 8831-54**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On **August 27, 2008**, I served the following document described as **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Frank J. Perez, Esq.
MORENO & PEREZ
A Professional Law Corporation
714 West Olympic Boulevard, Ste. 450
Los Angeles, CA 90015
Telephone: (213) 745-6300
Fax: (313) 745-6060

Andrew M. Stein, Esq.
LAW OFFICES OF ANDREW STEIN
9944 Flower Street
Bellflower, CA 90706
Telephone: (562) 866-9762
Fax: (562) 867-3603
**Attorneys for Plaintiff, ERIC ROBINSON**

Geoffrey Plowden, Deputy City Attorney
OFFICE OF CITY ATTORNEY
City Hall East, 6th Floor
Los Angeles, California 90012
Tel: (213) 978-7038
Fax: (213) 978-8785
**Attorneys for Defendants, CITY OF LOS ANGELES, OSCAR MUNOZ AND DARRYL GATES**

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 27, 2008**, at Los Angeles, California.

*/s/ Nancy Veronesi*
Nancy Veronesi

4822-3334-6306.1